Page 25

 1   any trace of oil residue?
 2   A. Yes. We also ran cotton swabs on -- we
 3   ran cotton swabs through there to look for any kind
 4   of residue, we didn't find anything, except there was
 5   some dust there, which is normal, but we didn't find
 6   any residue of any oil of any kind.
 7   Q. Please resume with your reading of that
 8   maintenance note, please.
 9   A. Okay. Found no engine oil leaks that
10   would contribute to any oil smell in the cabin. We
11   tested --
12   Q. And how did you determine there were no
13   engine oil leaks?
14   A. We removed cowling, and we checked
15   everywhere that would normally, you know, all the
16   seals and anywhere in the area where it could
17   possibly be pulled into the intake -- into the intake
18   of the aircraft during operation.
19   Q. Okay. Go ahead and resume your reading,
20   please, on the maintenance note.
21   A. All right. We tested the compressor seal
22   per the instructions from the CD Aerospace. Both
23   engine's compressor pressures were normal. So no
24   evidence of possible by-pass of fumes into the cabin.
25   We inspected the air cycle machine, oil level, and

Page 26

 1   found that it was at the same levels it had been 50
 2   flight hours prior to this work.
 3   Q. And what's the significance of that,
 4   Mr. Probst?
 5   A. Well, that means that -- and that's a
 6   normal everyday check that the pilots do as well, is
 7   to -- there's a cap there you can pull off and look
 8   inside and see -- make sure the oil level is normal.
 9   Because there is very little oil in there, so if that
10   would actually go down, it would -- the bearings in
11   that little air cycle machine would not last more
12   than a few minutes, probably seconds.
13   Q. Let me ask you this: If -- the fact that
14   it was at the same level it had been at 55 hours
15   earlier, does that indicate that you've got no
16   leakage in the ACM coil?
17   A. No. That would be a good indication that
18   the -- that the system is tight, yes. No oil leak.
19   Q. Go ahead and resume your reading of the
20   maintenance note, if you would.
21   A. Okay. We removed the duct work from the
22   mixing plenum to the ACM, air cycle machine. ACM to
23   cabin air plenum, cabin air plenum to the lower
24   forward cabin air distribution. No abnormalities
25   were noted. We replaced both plenum air ducts, part

Page 27

 1   number IT-20124-128-6. Both ducts under the baggage
 2   floor of the cabin, 8801-58-513, they were due to
 3   leaks noted during the pressurization checks. They
 4   were just old and brittle, and they were leaking.
 5   And we replaced those.
 6   Q. Let me stop you. Were they leaking
 7   anything other than pressurized air?
 8   A. No, just pressurized air. There's
 9   actually, there's a duct inside a duct. The outside
10   part of the duct looked fine, but the inside duct
11   where it runs into the cabin after 30 years had
12   deteriorated and had some leaks in it. And it was --
13   Q. Okay.
14   A. It was preventing the cabin from -- the
15   whole system had to work harder to keep the
16   pressurization up because it was leaking in the back
17   of the aircraft. Once we changed those ducts, it was
18   much better.
19   Q. Okay. Please resume reading your note,
20   please.
21   A. Sure. Investigated why the cabin cooling
22   system wasn't functioning. Discovered that the hot
23   air valve was remaining in full open when temp
24   control system was in auto mode. There's two modes,
25   auto and manual, in the aircraft. You -- your pilot

Page 28

 1   can control and decide which one he wants. The valve
 2   was controllable in the manual mode. Replaced the
 3   temp controller, HYLZ 50340, with an overhaul
 4   controller, serial number 644. We also found the
 5   upper and lower air inlet duct sensors were out of
 6   calibration. We have readjusted both sensors to the
 7   limits specified in the Commander, and worthiness --
 8   I mean, Airfreight Maintenance Manual. Removed the
 9   heat exchanger, clean, and pressure tested it for
10   leaks. No leaks were noted. Reinstalled the
11   original configuration. We removed the ACM, tested
12   function and rotor drag test on the bench. We found
13   the unit needed one-and-a-half pounds of torque to
14   rotate. Engineer was contacted at Fairchild, which
15   is the manufacturer of the unit, stated that any
16   reading under 10-inch pounds was sufficient. Further
17   inspected the unit, found no discrepancies, so we
18   reinstalled the unit in the aircraft. Pressurization
19   system was pressure checked for leaks, none were
20   found. Ground run of the temp control system
21   revealed the cool air system was now functioning.
22   The hot air valve was modulating normally. Grounds
23   and flight checks revealed the system was working
24   normally and no further odors was detected. And this
25   work was performed by one of my techs, was Kevin