KENNETH DAVIDSON, JR.    DOCKET NUMBER:   11-09458

VERSUS                   OFFICE OF WORKER'S COMPENSATION
                         DISTRICT 03

NORTHROP GRUMMAN         STATE OF LOUISIANA

---

**DEPOSITION OF THOMAS FARMER**

Taken June 7, 2012

commencing at 9:04 a.m.

206 East University Street

Siloam Springs, Arkansas

---

REPORTED BY:   SHEILA B. ALEXANDER, CCR, RMR, CRR
               Certified Court Reporter

1                          APPEARANCES

2

     ON BEHALF OF THE CLAIMANT:

3
           MR. J. CHRISTIAN LEWIS (VIA TELEPHONE)
4          The Glenn Armentor Law Corporation
           300 Stewart Street
5          Lafayette, Louisiana  70501
           (337) 233-1471
6
     ON BEHALF OF THE RESPONDENT:

7
           MR. CHRISTOPHER M. TRAHAN (VIA TELEPHONE)
8          Raggio, Cappel, Chozen & Berniard
           1011 Lakeshore Drive, Fifth Floor
9          Lake Charles, Louisiana  70601
           (337) 436-9481
10
     Also Present:
11         Mr. and Mrs. Davidson (Via Telephone)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                          I N D E X

 2    TESTIMONY BY THOMAS FARMER                          Page

 3           Direct Examination by Mr. Lewis------------------4
              Cross Examination by Mr. Trahan-----------------16
 4           Redirect Examination by Mr. Lewis---------------24

 5

 6    Certificate of Court Reporter------------------------27
       Signature of Witness---------------------------------28
 7    Errata Sheet-----------------------------------------29

 8

 9

10                        E X H I B I T S

11    Deposition
       Exhibit                                           Marked
12
       1 (Driver's License)--------------------------------26
13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                        THOMAS FARMER,
 2   having been first duly cautioned and sworn by me to
 3   testify to the truth, the whole truth, and nothing but the
 4   truth, testified on his oath as follows, to wit:
 5                     DIRECT EXAMINATION
 6   BY MR. LEWIS:
 7   Q.    Mr. Farmer, good morning.  This is Christian Lewis.
 8   I'm the attorney for Kenneth Davidson.
 9         We're taking your deposition by telephone.  You are
10   in Arkansas, obviously, and we are in Lafayette,
11   Louisiana, and I want the record to reflect that.
12         Present here today in our conference room is Mr. and
13   Mrs. Davidson and also the attorney for Northrop Grumman.
14   His name is Mr. Christopher Trahan.  And after I get
15   through, he may have some questions for you.
16         What I'd like to first start with is if you would
17   please identify your name and your address.
18   A.    Yes.  It's Thomas Farmer.  I'm a Florida resident.
19   1119 Harbor Lane, Gulf Breeze.  And my permanent mailing
20   address here in Arkansas that I use is 819 South
21   Washington, Siloam Springs.
22   Q.    And how old are you, Mr. Farmer?
23   A.    I'm 62.
24   Q.    And what is your profession?
25   A.    I've been a commercial pilot most of my life.
```

```
 1  Q.   And are you currently employed with anyone?
 2  A.   No.
 3  Q.   Who was the last employer that you worked with?
 4  A.   Northrop Grumman.
 5  Q.   And how long did you work with Northrop Grumman?
 6  A.   I believe about three, four years, approximately.
 7  Q.   And were you employed with Northrop Grumman in May
 8  of 2011?
 9  A.   Yes.
10  Q.   Mr. Davidson has filed with the Louisiana workers'
11  compensation office a claim asserting injuries that
12  resulted from a flight that occurred in May of 2011.  And
13  one of the reasons that we're here today is to get
14  information about that flight.
15       I'm told that you were the pilot of the flight where
16  an incident occurred involving fumes.  Is that correct?
17  A.   Yes, sir.
18  Q.   And was the date that this incident occurred
19  May 31st, 2011?
20  A.   Yes, sir.
21  Q.   In your own words, could you describe for us what
22  happened on that date?
23  A.   Well, we made the flight.  Of course, prior to that
24  flight, a different pilot had flown the plane and
25  complained of the fumes and smoke and said, "The airplane
```

```
 1   needs to be fixed, shouldn't be flown anymore," and he
 2   basically said he wasn't going to fly it anymore.  So --
 3   Q.     Was that Bill O'Connor?
 4   A.     Yes, sir.
 5          And so Ken Davidson and myself were asked to go fly
 6   a flight a few days later to verify those smoke and fumes
 7   which they knew the airplane was making.  We really didn't
 8   want to do it, but, you know, it's your -- when it's your
 9   job, you -- most of the time an employer, especially our
10   managers, pressed the issue pretty -- pretty hard to go
11   ahead and fly the plane.
12          And about -- well, as soon as you get in the plane,
13   you smell the smoke and fumes, but we went ahead and
14   flew -- flew the mission or attempted to.  And about --
15   oh, right after takeoff, you know, the fumes were there.
16   The smoke came later.
17          But during -- during that one-hour flight or, you
18   know, a little over an hour, after we got up to altitude
19   and -- I think 28,000 feet, the -- the smoke and fumes
20   were so bad that burning eyes, coughing, and more
21   difficulty breathing.
22          I asked Ken how he was feeling, and of course, he
23   was -- appeared to me to be about, you know, halfway
24   intoxicated.  And I -- I told him, I said, "I don't feel
25   competent with the safety of the flight anymore," and we
```

1    were going to abort the flight.

2        I contacted ATC.  We got an immediate descent.

3    Because at that altitude, the smoke and fumes are a lot

4    stronger than they are at a lower altitude.  So we got the

5    airplane down as soon as we could, depressurized the

6    cabin, tried to clear the smoke.  I used oxygen as much as

7    I could, because I was kind of concerned about how -- how

8    safe I would be and if we could even make it to the

9    airport.

10       But we did find our way back to the airport, landed.

11   And to be honest with you, I -- neither one of us, Ken or

12   myself, can remember how we got back to the hotel from the

13   airport.

14       And we reported that incident to our supervisors

15   back at Northrop Grumman in Peachtree City.  And they --

16   the best I can remember, they was kind of disgusted, you

17   know, because they really expected us to continue flying

18   the plane and discredit the previous pilot's report.

19       And from then on, we were kind of treated like

20   traitors to the company.

21       But Ken, I know, was at that time -- I can't think

22   of the word to describe it, but he was kind of out of it,

23   and I think both of us were pretty well overwhelmed by the

24   fumes.

25   Q.   Where did that flight that you and Mr. Davidson have

1  originate?

2  A.    In Schenectady, just out of Albany, New York.

3  Q.    That's in -- that's in New York; correct?

4  A.    Yes, sir.

5  Q.    And do you have the identifiers for that particular

6  plane that you were flying?

7  A.    It's November 690 echo hotel.

8  Q.    And what kind of plane was it?

9  A.    That's a -- designated an AC-90.  It's a Turbo

10 Commander.

11 Q.    And do you know the manufacturer?

12 A.    Originally Rockwell Commander, and I think they've

13 been in and out of the manufacturing business, and I think

14 Air Research -- I'm not sure who's responsible for the

15 airframe at this point.

16 Q.    Where were you and Mr. Davidson relative to one

17 another while the flight was going?  I, obviously, presume

18 that you're in the pilot seat.  Where was Mr. Davidson

19 located?

20 A.    He's about three-quarters of the way back in the

21 cabin to the rear.

22 Q.    And is there any divider or separator or door that

23 separates where you were from from Mr. Davidson?

24 A.    No.  It's -- it's an open cabin and cockpit

25 configuration.  And actually, Mr. Davidson sits in the

```
 1  area where the -- those smoke and fumes first enter the
 2  cabin.
 3  Q.    And approximately in feet how far away would he have
 4  been from where you were flying the airplane?
 5  A.    Oh, 10 -- 10 feet maybe.
 6  Q.    Do you at this time know what the source of the
 7  fumes were?
 8  A.    Well, they're -- there's only one source of air to
 9  come into the cabin, and that's through the -- excuse
10  me -- the bleed air system.  The -- the airplane is
11  pressurized, heat and air, off from bleed air from the
12  engines.  It goes through what's called an air cycle
13  machine where -- with an evaporator and condensers and
14  turned into pressurized air and, of course, heating and
15  cooling.  And there is no -- there is no other air source.
16  Q.    Do you know what was causing the fumes on that
17  flight?
18  A.    Yeah.  It -- I'd been flying that airplane for
19  almost three years previous to that, and we constantly
20  complained about the smoke and the fumes.
21        It's -- it's a common problem with those airplanes
22  and most all airplanes that use the TPE331 engines.
23  The -- if there's any -- any kind of oil leakage around
24  the engine seals or around the engine inlet, that oil is
25  introduced directly into the bleed air.
```

1    Of course, after high temperature and pressure

2  and -- breaks down -- that oil back down into

3  organophosphates, tricresyl phosphates, which are highly

4  toxic.  And that air goes into the air cycle machine,

5  which if it's malfunctioning, further contaminates the air

6  with fumes and smoke.

7    And in that airplane's condition it was in at the

8  time will overheat the ductwork and further irritate the

9  situation with basically the cooked materials in that

10  ductwork, which even adds a whole new array of -- of

11  chemicals and by-products of being overheated.

12    When you're at the higher altitude where it can be,

13  you know, minus 20 degrees would require more heat and

14  more air for the pressurization.  And at some point, that

15  system in that aircraft will use direct bleed air into the

16  cabin without going through the air cycle machine to

17  augment the cabin pressurization and heat.

18    And for a long time, which we complained about and

19  it never was fixed, the temperature control would go full

20  hot and basically just, like I said, cook the ductwork and

21  overheat everything, and that's where you get the smoke,

22  also.

23    So that pretty much, I think, summarizes the -- the

24  source.  And there is no other source for heat, air,

25  smoke, and the fumes.

```
1   Q.    How long do you estimate that you and Mr. Davidson
2   were exposed to these fumes on that flight of May 31st,
3   2011?
4   A.    From the time we got in the cabin.  I mean those --
5   that -- those materials are kind of impregnated in the
6   interior of the aircraft from previous flights, so from
7   the time we got in the cabin till -- till we landed, which
8   was I think -- I'd have to look at the logbooks, but I
9   think it was over an hour, probably an hour and a half, a
10  good hour and a half of exposure.
11  Q.    You mentioned that people knew about this problem.
12  Who was it that knew about this particular problem before
13  this flight that you -- that you know of firsthand?
14  A.    Our managers.  Dennis Monday; probably the fleet
15  manager; the chief pilot, Matt Boone; the ops manager, Dan
16  Burke; and most all the pilots and operators in the
17  company knew of the smoke and fumes that were involved
18  with that airplane.
19        Some of them just got to the point they refused to
20  fly in it because of the -- but it -- but everybody in the
21  maintenance department was aware of the airplane.  And
22  then in our management, they were -- they were informed
23  almost daily, practically every flight about the -- you
24  know, the fumes and the smoke that I would complain about
25  as well as the other pilots, also.
```

1   Q.    Now, during this particular flight, did you

2   personally witness any symptoms or problems that

3   Mr. Davidson was experiencing? I think you indicated that

4   you felt like he appeared to be intoxicated. Describe

5   what -- what you witnessed.

6   A.    Rubbing his eyes a little bit.

7         And to back up. Since we were on kind of a

8   verification test flight to verify the other pilot's

9   report, I told -- I told Mr. Davidson to write down his

10   notes if he would, you know, how he felt through the

11   flight. I did the same. As, you know, most anybody in

12   that kind of business does.

13         But his eyes were -- I could tell his eyes were

14   burning; mine were. So he, you know, was coughing a

15   little bit. And as we got to the higher altitude, you

16   know, then you could see that oily mist come in the cabin,

17   which it always did. And just kind of a burning sensation

18   in your lungs, feeling like you -- real bad taste in your

19   mouth.

20         You can't -- you can't think as well. I think I --

21   when I looked around and saw, after two or three times,

22   Ken just sort of dazing out the -- out the window, I knew

23   he wasn't able to do his job very well, and I was already

24   to the point where I -- I really was uncomfortable in the

25   airplane, and I knew he was feeling the same thing I was.

1   So we -- I told him we were calling it off and going home.

2   Q.     Are you aware of any testing that was done on this

3   particular airplane after this flight?

4   A.     I wasn't -- I wasn't there when the air test took

5   place, but I wanted -- I had been wanting an air test done

6   on the airplane for a long time, which they wouldn't --

7   didn't feel like doing.

8       But at this point, you know, we grounded the

9   airplane and re -- you know, just refused to fly it.    It

10  had to be fixed before anybody was going to fly it

11  anymore.   Of course, they said they were fixing it and

12  never did, but...

13  Q.     I'm told and I think I've seen a document that

14  indicates Northrop Grumman ran some perhaps environmental

15  tests and weren't able to identify any kind of problem.   I

16  don't know if you had heard that or read the information

17  along those lines.   Have you?

18  A.     Yeah.   We -- me and the other pilot were told in a

19  meeting -- we never were shown or given copies of the air

20  quality test, but we were told there was nothing wrong

21  with it, that there was no -- no oil or chemicals or, you

22  know, carbon monoxides, everything was well below the

23  acceptable standards.

24      But there is no standard for testing the air inside

25  of an aircraft.   I always felt like that test was -- was

1   irrelevant, because it didn't pertain really to -- to a

2   small cabin in an airplane where you have to have good

3   fresh air. It's not like a machine shop where you expect

4   to be exposed to oil.

5        And even the test later, I was told, did say there

6   was an oily mist in the air, and we were told by

7   supervisors that the air was clean and there was no oily

8   mist or smoke.

9   Q.   Are you familiar with a gentleman named John Probst?

10  A.   Yes.  He's our maintenance -- or he was the

11  maintenance director for Northrop in Peachtree City at

12  that time.

13  Q.   Do you know what, if any, role he had in -- in

14  investigating this particular incident?

15  A.   Well, it's directly his responsibility to ensure

16  the -- the safety and the quality of the aircraft that we

17  fly.  He's directly responsible for -- for all the

18  maintenance.

19  Q.   Since this incident, have you had any kind of

20  ongoing problems as a result of it?

21  A.   Yes, I'm afraid so.  The -- the same problems

22  I've -- that I've talked with other people about.  It's

23  the sometimes inability to think clearly, headaches all

24  the time, feeling of intoxication a lot, fatigue far more

25  than -- fatigue and depression more than -- than in a lot

1  of cases, and a little short-term memory loss and just --

2  just generally not being able to think and solve problems

3  as well as -- as you would before being exposed to these

4  organophosphates.

5  Q.    Has Northrop Grumman or its insurer provided you any

6  kind of medical care at this point?

7  A.    After the -- after that flight on May 31st, yes,

8  some doctor visits.  And then I don't -- I'm not sure what

9  Ken's status is.  But mine, the worker comp company, after

10  I called them, I said I needed to see -- continue some

11  work with a doctor in Pensacola and another doctor in San

12  Francisco.  She kind of laughed at me, said, "No, we're

13  not going to give you any authorizations for any more

14  doctor visits at all."  And I said, "Well, you know,

15  before you guys said that the doctor visits were your

16  responsibility."  And she just kind of laughed and said,

17  "No, you're -- we're not going to do anything for you."

18  Q.    Was this Ms. Jean Gallina, I believe?

19  A.    No.  Jean Gallina, the Northrop Grumman nurse, she

20  referred me to the Chartis caseworker for me.  I can't

21  remember her name, but -- but it was the worker comp nurse

22  that told me that I wasn't going to get any more help from

23  worker comp.

24  Q.    Have you been able to return to piloting and to work

25  since this incident?

1    A.    No.    No, I've pretty much taken myself out of
2    commercial aviation.    I really don't feel safe in the
3    aircraft anymore.
4    Q.    Has Northrop Grumman provided you any kind of
5    substitute wage benefit -- we call it indemnity benefits
6    here in Louisiana, but any kind of substitute wage
7    benefits since you haven't been able to work as a pilot?
8    A.    No.    They've been pretty much unresponsive, every --
9    everyone in the company that I've tried to talk with.
10   Q.    Have you been able to return to any form of work at
11   this point?
12   A.    No.
13   Q.    Mr. Farmer, I think that's all the questions I have
14   at this point.
15        Mr. Trahan, the attorney for Northrop Grumman, may
16   have some questions for you.    I believe the office that
17   we're borrowing today will have to use the conference room
18   at 10 o'clock, so I'm going to turn the questions over to
19   Mr. Trahan at this point.
20   A.    Okay.
21                    CROSS EXAMINATION
22   BY MR. TRAHAN:
23   Q.    Mr. Farmer.
24   A.    Yes, sir.
25   Q.    This is Chris Trahan.    I'm Northrop Grumman's

1  attorney.

2      Did you ever fly that particular aircraft again

3  after May 21st of 2011?

4  A.    Yes.  We were -- we were told by Dennis Monday, Matt

5  Boone, supervisors, to take the aircraft back to

6  Peachtree; we wouldn't be flying it on missions anymore;

7  and -- but the only way that I told them we would fly the

8  plane is on two hops and at low altitude unpressurized

9  without the use of any heat or air.  So yeah, we -- the

10 next day, June the 1st, we did return the aircraft to

11 Peachtree for maintenance.

12 Q.    And did you ever fly the aircraft again after

13 June 1st of 2011?

14 A.    I flew the airplane several times after it was --

15 after I was told that it -- the cabin air problems were

16 fixed.

17 Q.    And did you have any more problems, or at least did

18 you have problems as bad as what you had on May 31st?

19 A.    I think the first test flight after that, it was --

20 it was the same.  The smoke, the oily -- the oily air, the

21 smoke and fumes did come into the cabin.  And this went

22 on, I think, maybe a half dozen times.

23     And Bill O'Connor, the other pilot, flew, I think, a

24 couple of those test flights as well as I did.  And I only

25 remember one flight afterwards, maybe three months later,

1    that all the equipment was replaced, every -- new

2    ductwork, and the air did -- was acceptable at that time.

3    But almost immediately and on the later flights, the

4    problem reoccurred.

5    Q.    Are you saying that -- okay.  I'm kind of confused

6    here.  Are you saying roughly three months after this

7    incident, you recall one flight when they had changed all

8    the ductwork and the system seemed to operating correctly;

9    is that what you're saying?

10   A.    Well, it was operating not -- not completely clean

11   like it should be, but it was, I thought, acceptable.

12        But within a couple of weeks of work, the equipment

13   all went -- went bad again.  The ducts overheated.  The

14   air cycle machine was bringing the smoke and the fumes and

15   the oily mist back into the airplane.  And eventually it

16   was grounded permanently.

17   Q.    How long did you continue to fly for Northrop

18   Grumman after this incident of May 31st, 2011?

19   A.    I stayed with them from -- from May 31st to January

20   the 17th and flew a twin piston engine plane a few flights

21   and probably, oh, maybe 50 hours -- flight hours or so.

22        But -- but at -- I can't remember exactly when, what

23   the date was, but the 690 echo hotel, the Turbo Commander,

24   was grounded at that time permanently.

25   Q.    Okay.  But you're telling me that even after you

```
1   ceased flying six niner zero echo hotel, you did fly some
2   twin-engine -- twin piston-engine Cessna aircraft for
3   Northrop Grumman; is that correct?
4   A.    Yes, but with -- but not -- not in the same capacity
5   that I'd flown previously.
6   Q.    How was the capacity different?
7   A.    Well, the workload is significantly less in the
8   piston twins.  The job -- job's much easier.
9         But I still felt the same symptoms.  The symptoms
10  that Ken Davidson and I experienced never did completely
11  go away.  And it was on my mind throughout that whole
12  period if I really should be flying the airplane or not.
13        I did consult with a couple of doctors and discussed
14  the issue with them, and they said:  "You -- you know,
15  your heart's good.  You can walk and talk.  It's up to
16  you.  But when you don't feel safe in the airplane
17  anymore, you've got to make that decision to -- to stop."
18  And that's the decision I made later.
19        But even on those flights after May 31st, I never
20  did feel comfortable as -- as I did previously.
21  Q.    You say you last worked for Northrop Grumman
22  January 17, 2012.  Did you voluntarily leave, or were you
23  laid off because of a lack of work?
24  A.    The -- they said it was a lack of work.  I was
25  actually trying to get -- I was wanting to go to work in
```

1  the UAV part of their aviation, but never -- never had any

2  luck with that. But yeah, it was -- it was -- we were

3  told it was due to lack of work.

4  Q.    Okay. And have you applied for any flying jobs

5  since you were laid off by Northrop Grumman?

6  A.    No.

7  Q.    Have you taken any -- what class of medical

8  certificate did you have at the time of this incident?

9  Did you have a second class or a first class?

10  A.    Second.

11  Q.    And have you been back to have a renewal of your

12  second class medical certificate since May 31st of 2011?

13  A.    Yes. I think it was last month. But it was -- and

14  I discussed with the doctor the condition that we were in.

15  Q.    And did you have to get a second class certificate

16  again or not?

17  A.    Yes, I've got -- I do have a certificate now.

18  Q.    And where -- you saw an AMB, that's an aviation

19  medical examiner, for your physical; is that correct?

20  A.    Yes.

21  Q.    Where was he located?

22  A.    It's in the Occupational Health Center of

23  Springdale, Arkansas.

24  Q.    And you say he did, in fact, give you a second class

25  certificate; is that right?

1    A.    Yes.

2    Q.    You mentioned that the engine in this particular

3    type of aircraft is a TPE331; is that correct?

4    A.    The engine, yes.

5    Q.    I'm sorry.  Go ahead, sir.

6    A.    Yeah, that's the engine, yes.

7    Q.    And you said something about, is this correct, that

8    these particular engines, in your -- at least in your

9    opinion, have a particular problem with oil leaking past

10   the seals and causing fumes in the cabin.  Is that your

11   opinion?

12   A.    Yeah.  I've flown the airplanes quite a bit in the

13   past, MU-2s and Commanders and some Dornier turboprop

14   aircraft.  They basically all use the same air cycle

15   machine configuration.  And once they have a -- an engine

16   seal problem or a degradation in the air cycle machine

17   itself, they produce smoke and fumes.

18   Q.    Okay.  What I want to find out from you here is I

19   gather you're saying this has been your experience with

20   those particular class of engines on this aircraft and

21   other aircraft using those engines, but have you read any

22   literature produced by the manufacturers or anything else

23   that would tell you that -- or support your position that

24   these engines are particularly prone to this type of

25   problem?

```
1    A.    Yeah, I've read -- I can't -- I can't quote or tell
2    you exactly what I've read when or where, but I have read
3    documentation and talked to a lot of maintenance people,
4    even the -- the maintenance people that have worked on 690
5    echo hotel for many years.
6          Russell Hampton in Oklahoma City, he -- he
7    identified that problem and said it had -- was common in
8    existence.
9    Q.    Can you identify anybody else by name who's told you
10   that was a common problem with these engines?
11   A.    Reese Howell in Tennessee that was flying MU-2s and
12   331 engines for many, many years.  Bob Kidd, Tulsa,
13   Oklahoma, who ran a 331 engine shop for a long time.
14   Peter Schiff who designed a completely different air cycle
15   machine system is familiar, and I've talked with him about
16   it, so it's -- but -- and there's probably a half a dozen
17   others.  I can't remember at the time.
18   Q.    Okay.  Have you -- when's the last time you actually
19   flew any airplane as a pilot in command, sir, either for
20   commercial purposes or otherwise?
21   A.    In the Commander or any aircraft?
22   Q.    Any airplane, even a small Cessna.  When was the
23   last time you actually, you know, hands-on flew an
24   airplane?
25   A.    I think -- I think that last flight was with
```

1  Northrop probably in Oc -- you know, maybe

2  October-November of 2011.

3  Q.     Okay.  So you've not actually flown -- either for

4  commercial purposes or for recreation or whatever, you've

5  not actually flown any aircraft for more than a year now;

6  is that correct?

7  A.     No, not a year.

8  Q.     I'm sorry.  You're right.  What -- let's say more

9  than five or six months.  I miscalculated there.  Is that

10  correct?

11  A.     Well, my last flight was with -- was with -- in a

12  Northrop Grumman airplane.  And, you know, like I say, I

13  think it was, you know, around November of 2011.  So yeah,

14  it's -- that's maybe six months.

15  Q.     Okay.  And sir, let me say I've got some of your

16  medical records because I am Northrop Grumman's attorney.

17  There was a request made of Mr. Davidson's attorney for

18  any information I have.  I could not give him your medical

19  records without your consent, and I don't want to do that.

20        I guess my question at this point is, Would you have

21  any opposition to my giving Mr. Davidson's attorney copies

22  of medical records I've got for you post this particular

23  incident?  At least I've got records -- I've got reports

24  from Dr. Jerome Lang and Dr. Mario Oliveira.  Do you

25  have -- again, it's up to you, sir, whether I can give

1  these records or not.  I just want to find out whether you
2  have an opposition to me giving him these records or not.
3          MR. LEWIS:  I don't know if I've
4          necessarily requested them.  I'll make a
5          decision on that whether or not I need those or
6          not.
7          So Mr. Farmer, from my standpoint, you
8          don't need to answer that question.  I haven't
9          really requested your medical records.  I'll
10         speak with Mr. Davidson and see if we need them,
11         but don't feel obligated to make them available
12         to me at this time.  I'm not sure whether or not
13         I even need them for Mr. Davidson's purposes.
14         THE WITNESS:  That sounds fine with me.  I
15         really don't feel in a position to authorize any
16         transfer of documents.
17  Q.    (Mr. Trahan continued.)  Okay.  That's fine, sir.
18        Are you employed in any capacity at this point,
19  Mr. Farmer?
20  A.    No.
21  Q.    Look at my notes for a second, sir.
22        I think that's all.  Thank you, sir.
23                REDIRECT EXAMINATION
24  BY MR. LEWIS:
25  Q.    One last question, Mr. Davidson.  Is there any doubt

1   in your mind that the fumes that you were exposed to in

2   the flight on May 31st, 2011, has resulted in the injuries

3   and problems that you've already described?

4   A.     Was that for Mr. Davidson or me?

5   Q.     No.   That's for -- that's Christian Lewis asking you

6   a question on behalf of Mr. Davidson.   Do you have any

7   doubt in your mind that the fumes that you were exposed to

8   has caused the problems that you've suffered from?

9   A.     That's -- that's -- yeah, I agree.   I'm sure of it,

10  because I have no other previous exposure to chemicals or

11  anything like that.   That's -- I'm sure -- I'm absolutely

12  sure that that's the cause of my problems and probably Ken

13  Davidson, as well.

14  Q.     Thank you, sir.   I don't have any more questions.

15         And I think you -- at least in Louisiana, you have a

16  right to read and sign your deposition.   And I'd ask that

17  if the court reporter would send a copy of this deposition

18  to you so that you would have the opportunity to review it

19  and, if necessary, if there's been any errors in

20  transcribing your testimony, that you be allowed to, on an

21  errata sheet, make any such corrections.   And then at that

22  point, you can return that sheet to the court reporter,

23  and she can include those changes and sheet with the final

24  copy of the deposition.

25              MR. LEWIS:   Is that all right with you,

1          Ms. Alexander?

2               THE REPORTER:  Yeah, that's fine.

3               MR. LEWIS:  Okay.  And as far as -- we

4          would like a copy of the deposition,

5          Ms. Alexander, and you have my contact

6          information.  And I presume Mr. -- Mr. Trahan

7          says that he does, also.

8     (Wherein, Deposition Exhibit 1 was marked.)

9     (Whereupon, at 9:41 a.m., the deposition was concluded.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25