UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KENNETH DAVIDSON AND JANA | * | CIVIL ACTION NO. 4:15-cv-00827 |
| DAVIDSON, INDIVIDUALLY AND ON | * | |
| BEHAL OF THE THEIR MINOR CHILDREN | * | |
| JCD AND KSD, AND THOMAS FARMER | * | |
| | * | |
| VERSUS | * | |
| | * | |
| ROCKWELL INTERNATIONAL CORPORATION | * | |
| ET AL | * | |

## DECLARATION OF JONATHAN E. MITCHELL

I, Jonathan E. Mitchell, declare as follows:

1. I am an attorney at the law firm of deGravelles, Palmintier, Holthaus & Fruge, LLP and counsel of record for plaintiffs, Kenneth and Jana Davidson, individually and on behalf of their minor children, JCD and KSD, and Thomas Farmer. I am over the age of 21. I am of sound mind, and I am competent to make this Declaration. This Declaration is based on my personal knowledge of the matters stated herein. I make this Declaration in support of plaintiffs' Opposition To Motion To Exclude Opinions, Report, and Proposed Testimony of Don Hansen.

2. Attached as Exhibit A is a true and correct copy of the Expert Report of Don Hansen.

3. Attached as Exhibit B is a true and correct copy of excerpts of the Deposition of Paul J. Dziorny, which was taken on Wednesday, June 8, 2016, in Frederick, Maryland.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 26, 2016.

_____
JONATHAN E. MITCHELL