# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

June 25, 2018

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

United States District Court
Southern District of Texas
FILED

JUN 2 5 2018

David J. Bradley, Clerk of Court

Re: Jana Davidson, et al.
v. Fairchild Controls Corporation
No. 17-1526
(Your No. 17-20018) - 4:15CV827

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk

## United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

June 25, 2018

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 17-20018    Jana Davidson, et al v. Rockwell Intl Corp.
                           USDC No. 4:15-CV-827

Dear Mr. Bradley,

Enclosed is a copy of the Supreme Court order denying certiorari.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _Stacy Carpenter_
                Stacy M. Carpenter, Deputy Clerk